OPINION — AG — ** MINUTES OF MEETINGS — POLICE PENSION AND RETIREMENT BOARD ** LOCAL POLICE PENSION AND RETIREMENT SYSTEMS MUST COMPLY WITH THE RULE OF THE POLICE PENSION AND RETIREMENT BOARD OF THE STATE OF OKLAHOMA TO FORWARD TO THAT BOARD MINUTES OF ALL MEETINGS WHEREIN PENSIONS ARE GRANTED, ADJUSTED OR MODIFIED BY THE LOCAL BOARD. (POWERS AUTHORITY, OBLIGATIONS) CITE: 11 O.S. 543 [11-543](A), 11 O.S. 541 [11-541] (WILLIAM DON KISER)